UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Action No. 5: 14-74-DCR |
| Plaintiff, | ) | and |
| | ) | Civil Action No. 5: 17-253-DCR |
| V. | ) | |
| | ) | |
| JEFFREY S. WINGATE, | ) | **JUDGMENT** |
| | ) | |
| Movant/Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.      Judgment is entered in favor of Plaintiff United States of America with respect to all issues raised in this collateral proceeding.

2.      The claims asserted in this collateral proceeding by Movant/Defendant Jeffrey Wingate are **DISMISSED**, with prejudice.

3.      This action is **DISMISSED** and **STRICKEN** from the Court's docket.

4.      A Certificate of Appealability shall not issue with respect to any matter raised herein.

5.      This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 14th day of March, 2018.



Signed By:

Danny C. Reeves DCR

United States District Judge